

5/5/09

5:09-0570

Dear Clerk of Court

I am directing this correspondence in an extended effort to the United States attorneys office of the 4th district, for the possible prosecution of described individuals included in the following incident for violation of 18 USC §119 enacted for the prison population and individuals who fall in this criteria.

This violation was brought to the attention of prison officials at F.C.I. Beckley, Unit manager Mr. Snow, Captain Nesh and Warden Berkebile. Petitioner also requested to Captain Nesh and Unit manager Mr. Snow that security cameras in Unit Pine-AL to be secured in view of cell/room #114 where perpetrators entered my cell/room at 3:00pm to 4:00pm and where incident occurred on April 19, 2009. Mr. Nesh informed me that he does not secure cameras for inmates, this request was requested for the sole purpose to forward to the required authorities for possible prosecution and violation of 18 USC §119, if this prosecuting office would please secure these videos in an effort to pursue this issue.

This kind of intimidation and threats have been going on at F.C.I. Beckley and have lead to violence on this compound, and I am tired of fearing for my life, as have others who have cooperated with the government or offered assistance and are on this compound. I am a Jewish inmate and I do not resort to violence, and I've had to go to protective custody, special housing unit section and be locked down 24 hours 7 days a week for an untold extended period of time, restricted of liberty of movement in this institution and if F.C.I. at Beckley chose not to address or do anything about this never ending problem this abusive acts

will continue, but, if the proper procedures are implemented, this kind of abuse will stop, and the over all provisions of 18 U.S.C. § 119 will have succeeded in its purpose and inactment. (please help us!)

Thank you for your time and efforts in this matter, please write back to the following address, so I can be assured that your office has been notified of this urgent matter. (Affidavit in support)

Respectfully Requested & Submitted

Ricardo Medrano
Reg # 43461-060

# Sworn affidavit 28 U.S.C. §1746

I certify that the following statements are true and correct under 28 U.S.C. §1746, declared under penalty of perjury.

I am the person afflicted from this violation and fall under the provisions stipulated under 18 U.S.C. §119, and am presently incarcerated in F.C.I. Beckley Special Housing Unit (SHU).

My cooperation to the government derived out of The United States District Court, Northern District of Ohio Western Division. On case number 3:05-CR-781-12, the prosecuting attorney on this case would be Miss Ava Rotell Dustin, address being, Four Seagate, Suite 308, Toledo, Ohio 43604 (419) 259-6376

The following incident transpired on April, 19, 2009 in unit Pine-AL, time of day 3:00 pm to 4:00 pm the following inmates rushed into my cell/room Linwood Gray reg. number 00795-016, Richard Jefferson reg number 14921-080 and Kareem Watts reg. number 04772-007.

Mr. Linwood Gray came in to my cell, accusing me of being a rat and a f=king snitch in front of another individual (Marc Hill) & that he should kill me, that I deserve to be killed & be thrown in a ditch & he put his hands up to my neck, all the time I tried to tell him and Marc that it wasn't true & that I would try to get my PSI & Mr. Linwood said

1 of 3

for what, so I could alter it that he knows the law & he knew all the tricks., that I was a f—ken lier, & he said he had the proof & he had Richard Jefferson summoned and Mr. Jefferson came in and told everyone in the room that I was a snitch that he did my legal typing for me & that I did cooperate with the government and he gave a brief summary of what he typed for me in the past, (5 months ago) and not to lie that I was a confidential informant & was a paid informant for the government & that my cover was up, just to admit it. I then tried to explain that it was someone else's legal stuff not mine, & that is when Mr. Linwood Grey started up with me, all the while Kareem Watts was guarding the door to my room/cell & I couldn't leave my cell to leave & inform the correctional officer in the Unit that I didn't want to be in there anymore and Mr. Linwood just kept coming at me threatening and told me to wait till we came of lock down for sencess count & not to go to the cops cause he wasn't finished with me that he was going to inform everyone that I was a snitch, including, telling the mexicans. so they could take care of me like they shold of a long time ago & Mr. Jefferson waited till they walked out of my cell and told me that I should just go and hide in a corner somewhere, that's what

2

I should do, your a snitch. and then left me in the room. These actions by the mentioned individuals put my life in danger with the mexican's and other gang members in this compound & this will follow me to whatever facility I go to, so before I got hurt or sustained any physical injury I requested to go to protective custody for my safty from these individuals and others, God only knows what would happened if I would have remained in population. I'm just tired of being placed in danger since I've been incarcerated & people finding out of my delima & that this should not go unnoticed by authority in an effort to stop these people from intimidating other people who helped the government. I just ask for help for me & the people on this compound who we know who we are. I am sorry for messy writing I have a cell mate in this cell I'm trying to hurry up. RM & I wish to be transfered to another place away from here as soon as it is possyible. Thank You for your time

Sincerely
Ricardo Medrano
Reg. 43461-060

Date 5/5/09
11:02 pm

3

Special Mail

Ricardo Medrano
Reg. 43461-060
Federal Correctional Institution-Beckley
P.O. Box 350
Beaver, WV 25813

Special
Legal Mail

18 U.S.C. 1701,1702-1704
Invoke for interference with this
Legal mail is a felony offense punishable
of up to 5 years or fine or both.

[postmark: 05 MAY 2009 PM 3 L  SPECIALIST MAIL WV 253]

Special Mail

Legal Mail

18 USC 1701•1702 - 1704
Invoke for interference with this
is a felony offense punishable up
5 years or fined or both

United States District Court
Southern District of West Virginia
Beckley Division
P.O. Box Drawer 5009
Beckley, WV 25801

FEDERAL CORRECTIONAL INSTITUTION
BECKLEY
P.O. BOX 1280
BEAVER, WV 25813
DATE 5/15/09

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING TO
YOU. THE LETTER HAS BEEN NEITHER OPENED NOR
INSPECTED. IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS JURIS-
DICTION, YOU MAY WISH TO RETURN THE MATERIAL
FOR FURTHER INFORMATION OR CLARIFICATION. IF
THE WRITER ENCLOSES CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE, PLEASE
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS