IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

RICARDO MEDRANO,

    Plaintiff,

v.          CIVIL ACTION NO. 5:09-cv-00570

DAVID BERKEBILE,

    Defendant.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered this day, the Court **ADOPTS** the recommendation contained in the PF&R, **GRANTS** Plaintiff's Motion to Dismiss [Docket 7], **DISMISSES** the Complaint [Dockets 2 and 6] without prejudice, and **DIRECTS** the Clerk to remove the matter from the Court's docket.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:  September 22, 2009

        _____
        THOMAS E. JOHNSTON
        UNITED STATES DISTRICT JUDGE